[No. 59341-2-I. Division One. January 28, 2008.]

CARL L. KNIGHT, *Appellant*, v. KING COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 06-2-14562-3, Charles W. Mertel, J., entered January 19, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 59503-2-I. Division One. January 28, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. JARRELL LEE WARREN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-05944-8, Richard D. Eadie, J., entered January 22, 2007. *Affirmed in part, reversed in part*, and *remanded* by unpublished per curiam opinion.

[No. 59756-6-I. Division One. January 28, 2008.]

PACIFIC CONTINENTAL SHIPPERS, LLC, *Respondent*, v. BAKING SYSTEMS, INC., *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 06-2-08507-6, David A. Kurtz, J., entered February 27, 2007. *Affirmed in part, reversed in part*, and *remanded* by unpublished per curiam opinion.

[No. 35107-2-II. Division Two. January 29, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. TIMOTHY ROBERT DE LACRUZ, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 05-1-00794-8, Craddock D. Verser, J. Pro Tem., entered July 12, 2006. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Hunt and Quinn-Brintnall, JJ.